William J. Williams, John A. Williams and Henry A. Ware, Plaintiffs in Error, vs. Frederick B. Pitt and William A. Thompson, Defendants in Error.

Writ of error to Circuit Court, DeSoto county; Howard J. Spence, Referee.

J. H. Hancock and O. T. Stanford, for Plaintiffs in Error.

Isaac H. Trabue and Fred T. Myers (with whom was C. C. Morgan on the brief) for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*